STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. HELEN JAWORSKI, PLAINTIFF IN ERROR.

Submitted February 11, 1944—Decided March 23, 1944.

For the defendant in error, *William A. Wachenfeld.*

For the plaintiff in error, *Seymour Klein.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Colie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, CASE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, RAFFERTY, HAGUE, THOMPSON, DILL, JJ. 13.

*For reversal*—None.